Date: July 2, 2025

To: Clerk, U.S. District Court
Western District of Texas
262 West Nueva Street
San Antonio, Tx 78207

From: Scott Ralph Wheelock
TDCJ# 02270570
Preston E. Smith Unit
1313 County Road 19
LaMesa, Tx 79331

FILED
JUL 10 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Re: See if "filing fee" $405.00 was Received and Notice(s) mailed to Appellee(s), cause 5:25-CV-00482-XR
(Will send copy of notice for file)

To: Clerk,

I was just checking to see if your office Received the filing fee of $405.00, Also

Notice(s) have been mailed to each of the following by Regular mail on June 15, 2025

1. Kerr Central Appraisal District, P.O. Box 294387
Kerrville, Tx 78029 (212 Oak Hollow Drive)

2. Gillespie Central Appraisal District, 1159 South Milam St.
Fredericksburg, Tx 78624

3. Dawn Kay Lantz, Kerr County District Clerk
700 Main St., Ste 236 Courthouse, Kerrville, Tx 78028

4. Linebarger Goggan Blair and Sampson, LLP
Attorneys at Law, P.O. Box 17428, Austin, Tx 78760

5. Perdue Brandon Fielder Collins and Mott, LLP
3301 Northland Drive, Suite 505
Austin, Tx 78731

When will "Docketing" take place or do I need docketing sheet?

Thank you for your Time,
Scott Ralph Wheelock

Scott Ralph Wheelock
TDCJ # 02270570
Preston E. Smith Unit
1313 County Road 19
Lamesa, Tx 79331

over →

legal

CY-2

LUBBOCK TX 794
5 JUL 2025 AM 2 L

Clerk, U.S. District Court
Western District of Texas
262 West Nueva Street
San Antonio, Tx 78207

RECEIVED
JUL 10 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

78207-452299

U.S. MARSHALS
RECEIVED
JUL 10 2025
SAN ANTONIO, TX
ENFORCEMENT SECTION

